| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company,<br><br>Plaintiffs,<br><br>Jules Parisien, M.D., Luqman Dabiri, M.D., Ksenia Pavlova, D.O., Noel Blackman, M.D., Frances Lacina, D.O., Allay Medical Services, P.C., FJL Medical Services P.C., JFL Medical Care P.C., JPF Medical Services, P.C., KP Medical Care P.C., PFJ Medical Care P.C., RA Medical Services P.C., Darren Mollo, D.C., Darren Mollo D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.A.c., Charles Deng Acupuncture, P.C., David Mariano, P.T., MSB Physical Therapy P.C., Maiga Products Corporation, Madison Products of USA, Inc., Quality Custom Medical Supply, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp.,<br><br>Defendants. | Index No. **Case No.: 18-cv-289 (ILG)(ST)**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that defendants Maiga Products Corporation, Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp. hereby appear in the above-entitled action, that the undersigned has been retained as Attorneys for said Petitioner and hereby demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
 Fenbruary 27, 2018

                                    Fisher & Fisher, LLC

                                    By: s/ Andrew S. Fisher (NY Bar No. 1141506
                                    127 Great Kills Road
                                    Staten Island, NY 10308
                                    Tel: (212) 514-8888
                                    Fax: (212-514-9016
                                    Andrew@asf-lawfirm.com
                                    *Attorneys for Maiga Products Corporation, Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp.*