UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

State Farm Insurance Company., et al.,

                      Plaintiffs,    Civil Action No. 1:18-cv-00289

      - against-

Jules Parisien, M.D. et al.,          **Notice of Appearance**

Defendants.

---

Please take notice Quality Custom Medical Supply, Inc., appears in this action by the undersigned attorney and requests the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, NY

March 1, 2018                                      By: Nicholas Bowers, Esq.

                                                                      /s/
                                                                Gary Tsirelman, P.C.
                                                              *Attorneys for Defendants*
                                                               *Named Herein*
                                                               129 Livingston Street
                                                               2nd and 3rd Floors
                                                               Brooklyn, NY  11201
                                                               (718)438-1200