UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

State Farm Mutual Automobile Insurance Company
and State Farm Fire and Casualty Company,

Plaintiffs,

Jules Parisien, M.D. et al.,                                          Case No. 18-cv-00289-ILG-ST

Defendants.

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that Defendant Quality Custom Medical Supply, Inc. shall answer or otherwise respond to the Amended Complaint (Dkt. 5) on or before March 1, 2018, and shall respond to the Motion for Preliminary Injunction (Dkts. 6 and 7) by March 15, 2018.

By: */s/ Jonathan L. Marks*
Jonathan L. Marks
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
jonathan.marks@kattenlaw.com

By: */s/ Gary Tsirelman*
Gary Tsirelman
Gary Tsirelman Law Office
129 Livingston Street
Second Floor
Brooklyn, NY 11201
gtsirelman@gtmdjd.com

SO ORDERED:

_____
Hon. I. Leo Glasser
United States District Court
Eastern District of New York

3/2/18
)unc pro tunc