Steven L. Brounstein PLLC
32 Court St. Suite 408
Brooklyn, New York 11201
(718)875-5700
*Attorneys for Oleg Rybak*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY           Case No: 1:18-cv-00289(ILG)(ST)
COMPANY,

                      Plaintiffs,           **NOTICE OF APPEARANCE**

           -against-

JULES PARISIEN, M.D.,

                      Defendants.
-------------------------------------------------------X

       PLEASE TAKE NOTICE that Steven L. Brounstein Esq. hereby appears as counsel on behalf of non-party Oleg Rybak, and demands that all notice given or required to be given in this action, and all papers served or required to be served in this action, be given to and served upon the undersigned at following address and telephone number.

Dated: New York, New York
       May 15, 2018

                                        STEVEN L. BROUNSTEIN PLLC


                                        By: _____/s/_____
                                            Steven L. Brounstein
                                        32 Court St., Suite 408 Floor
                                        Brooklyn, New York 11201
                                        (718) 875-5700

                                        *Attorney for Oleg Rybak*