# FISHER & FISHER
ATTORNEYS AT LAW
(By Appointment Only)
127 Great Kills Road
Staten Island, New York 10308
(212) 514-8888
(212) 514-9016 fax

Andrew S. Fisher
Andrew@ASF-Lawfirm.com
Direct Tel: (646) 837-7120

May 15, 2018

VIA ECF

Hon. Steven Tiscione,
Magistrate Judge United
States District Court
Eastern District
of New York
225 Cadman
Plaza East
Brooklyn, New
York 11201

Re: <u>State Farm vs. Jules Francis Parisien., et al, 18-cv-00289, E.D.N.Y.</u>

Dear Judge Tiscione:

My firm represents defendants Maiga Products Corporation, Madison Products of USA, Inc., Quality Custom Medical Supply, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp., (collectively "DME Defendants"), in the above-referenced matter.

We join with the Professional Defendants who seek a protective order/motion to quash discovery devices interposed by State Farm for, as applicable, the same reasons set forth in the letter motion submitted to this Court by Mark Furman, Esq., counsel to the Professional Defendants. We understand that the Court has cancelled the hearing scheduled for May 18, 2017 and calendared it instead for May 25, 2018. I expect at that time.

Respectfully,

s/ Andrew S. Fisher

cc: All counsel via ECF