UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

State Farm Mutual Automobile Insurance Company
and State Farm Fire and Casualty Company,

Plaintiffs,

Jules Parisien, M.D. et al.,                                    Case No. 18-cv-00289-ILG-ST

Defendants.

**STIPULATION**

On May 19, 2018, Plaintiffs State Farm Mutual Automobile Insurance Company ("State Farm Mutual") and State Farm Fire and Casualty Company ("State Farm Fire") served their First Set of Document Requests and First Set of Interrogatories (collectively, "Plaintiffs' First Set of Discovery Requests") to Defendants in this action, including: Darren Mollo, D.C., Darren Mollo, D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.A.c., Charles Deng Acupuncture, P.C., Allay Medical Services, P.C., FJL Medical Services P.C., JFL Medical Care P.C., JPF Medical Services, P.C., KP Medical Care P.C., PFJ Medical Care P.C., RA Medical Services P.C., MSB Physical Therapy P.C., David Mariano, P.T., Ksenia Pavlova, D.O., Jules Parisien, D.O., and Frances Lacina, D.O. (collectively, the "Professional Defendants").

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein as follows:

1.     The Professional Defendants shall serve their written responses to State Farm's First Set of Discovery Requests and produce or make available for inspection and copying any responsive documents on or before June 25, 2018.

2.     The Professional Defendants shall provide information responsive to State Farm's

Interrogatory No. 1 on or before June 20, 2018, identifying all of their financial accounts, including the name of the financial institution, type of account, location of branch where account opened and full account number.

| | |
|---|---|
| By: */s/ Patrick C. Harrigan* | By: */s/ Mark L. Furman* |
| Patrick C. Harrigan | Mark Furman |
| Katten Muchin Rosenman LLP | Abrams, Fensterman LLP |
| *Attorneys for the Plaintiffs* | *Attorneys for the Professional Defendants* |
| 525 W. Monroe Street | 1 MetroTech Center, Suite 1701 |
| Chicago, IL 60661-3693 | Brooklyn, NY 11201 |
| jonathan.marks@kattenlaw.com | mfurman@abramslaw.com |

SO ORDERED:

_____
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York

**CERTIFICATE OF SERVICE**

    I, Patrick C. Harrigan, an attorney, hereby certify that on June 18, 2018, I electronically filed the foregoing paper with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                          /s/ *Patrick C. Harrigan*
                                          Attorney for the Plaintiffs