

525 W. Monroe Street
Chicago, IL  60661-3693
312.902.5200 tel
www.kattenlaw.com

PATRICK HARRIGAN
patrick.harrigan@kattenlaw.com
312.902.5584 direct
312.577.1061 fax

February 19, 2019

**V**IA **ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
225 Cadman Plaza East
Courtroom N504, Chambers Room N503
Brooklyn, NY 11201

      Re:    *State Farm Mut. Auto. Ins. Co., et al. v. Parisien, et al.*,
              18-cv-00289 (ILG) (ST)—Adjournment of February 22, 2019 Hr'g

Dear Magistrate Judge Tiscione:

      Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company together with the DME Defendants respectfully write to request an adjournment of the motion hearing scheduled for February 22, 2019 until the first date after March 6, 2019 on which the Court is available.  The requested adjournment is necessary due to medical issues raised by counsel to the DME Defendants.

Respectfully submitted,

*/s/ Patrick C. Harrigan*

Patrick C. Harrigan