

525 W. Monroe Street
Chicago, IL  60661-3693
312.902.5200 tel
www.kattenlaw.com

JONATHAN L. MARKS
jonathan.marks@kattenlaw.com
312.902.5337 direct
312.577.1061 fax

April 4, 2019

**VIA ELECTRONIC FILING**
Magistrate Judge Steven L. Tiscione
United States District Court
225 Cadman Plaza East
Courtroom N504, Chambers Room N503
Brooklyn, NY 11201

   **Re: State Farm v. Parisien, et al., No. 1:18-cv-00289-ILG-ST – Letter re: Stipulation Regarding Motion to Quash T-Mobile Subpoena**

Dear Magistrate Judge Tiscione:

  As this Court is aware, on March 25, 2019, nonparties Tatiana, Sergey, and Max Rybak moved to quash a subpoena that State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, the "State Farm Entities") issued to wireless carrier T-Mobile USA, Inc. ("T-Mobile").  *See* Dkt. 132 (the "Motion to Quash").  A hearing on the Motion to Quash is currently scheduled for April 17, 2019 at 4:00 pm.

  As reflected in the attached Stipulation, movants and the State Farm Entities have resolved the issue by agreement.

  The State Farm Entities, together with nonparties Tatiana, Sergey, and Max Rybak, respectfully request that this Court enter the attached Stipulation, thereby obviating the need for the hearing currently scheduled for April 17, 2019.

Respectfully submitted,

*/s/ Jonathan L. Marks*

Jonathan L. Marks