## CIVI MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 17, 2019 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-289 (ILG) |
| **NAME OF CASE(S):** | **STATE FARM MUT. AUTO INS. CO. V. PARISIEN ET AL.** |
| **FOR PLAINTIFF(S):** | Marks, Cooke |
| **FOR DEFENDANT(S):** | Fischer |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 12:15 - 1:07 |

### RULINGS FROM STATUS CONFERENCE:

For the reasons discussed on the record, Plaintiff's Letter MOTION to Compel Compliance With Subpoena Duces Tecum To Non-Parties [136] is granted.

United States Postal Service, Worldwide Shipping, Antonov Stone Work Corp., Alexander Almonte, Elina Shusterman are ordered to comply with subpoenas served in this case by May 17, 2019.

Kings & Queens Holdings, LLC is Ordered to show cause by May 17, 2019 why it should not be held in contempt for failing to comply with the Court's January 24, 2019 Order.

Plaintiff shall serve a copy of this Order on the relevant parties, via return receipt deliver and file proof of delivery with the Court.