```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY COMPANY
                                                                    ORDER
                       Plaintiffs,
        -against-
                                                                    CV-18-289 (ILG)
JULES PARISIEN, M.D., et. al.

                       Defendants.
------------------------------------------------------x
```

GLASSER, Senior United States District Judge:

On November 26, 2018, this Court issued a preliminary injunction which temporarily stayed Defendants' right to further commence and prosecute any no-fault arbitrations and state court actions. (ECF No. 112).

On November 1, 2019, Plaintiffs moved this Court to enforce the injunction, alleging its violation by four Defendants.[1] (ECF Nos. 199, 200). Exhibit A to Plaintiffs' memorandum of law lists six motions pending in New York state court, filed by those Defendants after the injunction took effect.[2] (ECF No. 200-1). A hearing was held on Plaintiffs' motion, at the conclusion of which the Court found the injunction was willfully and unjustifiably violated. (ECF No. 203).

Plaintiffs' motion is **GRANTED** in its entirety. Defendants are ordered to withdraw the state court motions. They are further ordered to pay Plaintiffs' attorney any fees and costs incurred in making this motion, pending his submission of an affidavit specifying the amounts due.

---

[1] Plaintiffs allege violation by Defendants Charles Deng Acupuncture, P.C. ("Deng"), Francois Jules Parisien, M.D. ("Parisien"), Darren Mollo, D.C. ("Mollo") and Oleg Rybak ("Rybak"). (ECF No. 200 at 2).

[2] Of the six state court motions, three are brought by Parisien, two by Deng and one by Mollo. All are supported by sworn affidavits by Rybak, as their attorney. (*Id.*)

SO ORDERED.

Dated: Brooklyn, New York
November 8, 2019

/s/
I. Leo Glasser          U.S.D.J.