UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, <br><br> Plaintiffs, <br><br> v. <br><br> Francois Jules Parisien, M.D. et al., <br><br> Defendants. | Case No. 1:18-cv-00289-ILG-ST <br><br> Hon. I. Leo Glasser <br><br> Magistrate Judge Steven Tiscione |

**REPORT OF RULE 26(f) CONFERENCE
AND PROPOSED SCHEDULING ORDER**

Pursuant to the Court's order dated November 8, 2019 requiring the parties to participate in a Rule 26(f) conference (Dkt. 209), Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company hereby submit a report of the Rule 26(f) conference and proposed scheduling order for the Court's consideration.

**I.     Rule 26(f) Conference**

The Rule 26(f) conference was held via telephone on November 19, 2019 and was attended by:

1. Christopher Cook, attorney for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company;

2. Matthew Conroy, attorney for Defendant Oleg Rybak;

3. Donald Kravet, attorney for Defendant Tatiana Rybak; and

4. Nicholas Bowers, attorney for Defendant Quality Custom Medical Supply, Inc.

Mr. Kravet advised that counsel for the Professional Defendants,[1] Mark Furman, consented to the parties proceeding with the conference in his absence.

The following eight defendants did not attend the conference or object to proceeding with the conference in their absence: Noel Blackman, M.D., Quality Health Supply Corp., Personal Home Care Products Corp., AB Quality Health Supply Corp., Maiga Products Corporation, Madison Products of USA, Inc., Allan L. Buslon, and Maria Masigla (a/k/a Maria Shiela Buslon, P.T.).[2]

## II. Agreed Proposed Schedule

During the Rule 26(f) conference, the parties agreed to the following schedule.

    a.    Fact Discovery

           i.    Defendants Oleg Rybak and Tatiana Rybak shall serve initial disclosures pursuant to Rule 26(a) no later than January 17, 2020.

           ii.    All fact discovery must be completed by **October 5, 2020**.

    b.    Expert Discovery

           i.    The exchange of expert reports shall be completed by **December 7, 2020**.

           ii.    Expert depositions shall be completed by **March 1, 2021**.

    c.    COMPLETION OF ALL DISCOVERY. All discovery, including depositions of any experts, shall be completed on or before **March 1, 2021**.

---

[1] The "Professional Defendants" are comprised of Darren Mollo, D.C., Darren Mollo, D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.A.c., Charles Deng Acupuncture, P.C., Allay Medical Services, P.C., FJL Medical Services, P.C., JFL Medical Care, P.C., KP Medical Care, P.C., PFJ Medical Care, P.C., JPF Medical Services, P.C., RA Medical Services, P.C., MSB Physical Therapy, P.C., David Mariano, P.T., Jules Parisien, M.D., Ksenia Pavlova, D.O., Frances Lacina, D.O., and Luqman Dabiri, M.D.

[2] Allan L. Buslon and Maria Masigla (a/k/a Maria Shiela Buslon, P.T.) have not entered an appearance in this action or answered the Second Amended Complaint (Dkt. 181). Defendants Noel Blackman, M.D., Quality Health Supply Corp., Personal Home Care Products Corp., AB Quality Health Supply Corp., Maiga Products Corporation, and Madison Products of USA, Inc. defaulted under the First Amended Complaint, and this Court ruled that it "will recommend that a default judgment be issued" as to each such defendant. *See* Dkts. 128, 161. Plaintiffs subsequently filed the Second Amended Complaint.

      d.       The final date to take the first step in dispositive motion practice pursuant to the Individual Practices of the District Judge assigned to this case is **May 3, 2021**.

                         Respectfully Submitted,

                         By: /s/Jonathan L. Marks

                         KATTEN MUCHIN ROSENMAN LLP

                         Ross O. Silverman (NY Bar No. 4147922)
                         Jonathan L. Marks (NY Bar No. 5462874)
                         525 West Monroe Street
                         Chicago, Illinois 60661-3693
                         Telephone: 312.902.5200
                         Facsimile: 312.902.1061
                         ross.silverman@katten.com
                         jonathan.marks@katten.com

                         Christopher T. Cook (NY Bar No.
                         575 Madison Avenue
                         New York, New York 10022
                         Telephone: 212.940.8800
                         christopher.cook@katten.com

                         *Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*