# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No. 1:18-cv-00289 ) |
| v. | ) Hon. I. Leo Glasser ) ) Magistrate Judge Steven Tiscione |
| Francois Jules Parisien, M.D. et al., | ) ) |
| Defendants. | ) ) |

### PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MAIGA PRODUCTS CORP., MADISON PRODUCTS OF USA, INC., QUALITY HEALTH SUPPLY CORP., PERSONAL HOME CARE PRODUCTS CORP., AND AB QUALITY HEALTH SUPPLY CORP.

PLEASE TAKE NOTICE that Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (together, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, will move this Court for an entry of default judgment against defendants Maiga Products Corp., Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products, Corp., and AB Quality Health Supply Corp. (collectively, the "Defaulting Defendants") as to the Second Amended Complaint [Dkt. 181].

WHEREFORE, for all of the reasons stated in the accompanying brief, including the Court's Order of December 23, 2019, directing that "Plaintiffs may move for default judgment" against the Defaulting Defendants, *see* Dkt. 221, Plaintiffs will move this Court pursuant to Fed. R. Civ. P. 55(b)(2) for entry of a default judgment against each of the Defaulting Defendants as to the First, Second, Third, Fourth, Fifth, Sixth, and Seventh Claims for Relief of the Second Amended Complaint [Dkt. 181].

Dated: February 10, 2020

                         Respectfully submitted,

By:   /s/ Jonathan L. Marks
       Ross O. Silverman
       Jonathan L. Marks
       Anne Raven
       KATTEN MUCHIN ROSENMAN LLP
       525 West Monroe Street
       Chicago, Illinois 60661
       Telephone: 312.902.5200
       Facsimile: 312.902.1061
       ross.silverman@katten.com
       jonathan.marks@katten.com
       anne.raven@katten.com

       Christopher T. Cook
       KATTEN MUCHIN ROSENMAN LLP
       575 Madison Avenue
       New York, NY 10022
       Telephone: 212.940.8800
       Facsimile: 212.940.8776
       christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*