*Exhibit A*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

Plaintiffs,

- against –

FRANCOIS JULES PARISIEN, M.D., LUQMAN
DABIRI, M.D., KSENIA PAVLOVA, D.O., NOEL
BLACKMAN, M.D., FRANCES LACINA, D.O.,
ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL
SERVICES P.C., JFL MEDICAL CARE P.C., JPF
MEDICAL SERVICES, P.C., KP MEDICAL CARE P.C.,
PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES
P.C., DARREN MOLLO, D.C., DARREN MOLLO D.C.,
P.C., ACH CHIROPRACTIC, P.C., ENERGY
CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC
PAIN CARE, PLLC, CHARLES DENG, L.A.C.,
CHARLES DENG ACUPUNCTURE, P.C., DAVID
MARIANO, P.T., MARIA MASIGLA a/k/a MARIA
SHIELA BUSLON, P.T., MSB PHYSICAL THERAPY
P.C., MAIGA PRODUCTS CORPORATION, MADISON
PRODUCTS OF USA, INC., QUALITY CUSTOM
MEDICAL SUPPLY, INC., ALLAN L. BUSLON,
QUALITY HEALTH SUPPLY CORP., PERSONAL
HOME CARE PRODUCTS CORP., AB QUALITY
HEALTH SUPPLY CORP., TATIANA M. RYBAK,
and OLEG RYBAK

Defendants.
---------------------------------------------------------X

18-CV-00289(ILG)

**CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Maiga Products Corporation has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendant Maiga Products Corporation is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      December 27, 2019

DOUGLAS C. PALMER, Clerk of the Court

By: _____*/s/Jalitza Poveda*_____
                          Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

                         Plaintiffs,

         -   against  –

FRANCOIS JULES PARISIEN, M.D., LUQMAN
DABIRI, M.D., KSENIA PAVLOVA, D.O., NOEL
BLACKMAN, M.D., FRANCES LACINA, D.O.,
ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL
SERVICES P.C., JFL MEDICAL CARE P.C., JPF
MEDICAL SERVICES, P.C., KP MEDICAL CARE P.C.,
PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES
P.C., DARREN MOLLO, D.C., DARREN MOLLO D.C.,
P.C., ACH CHIROPRACTIC, P.C., ENERGY
CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC
PAIN CARE, PLLC, CHARLES DENG, L.A.C.,
CHARLES DENG ACUPUNCTURE, P.C., DAVID
MARIANO, P.T., MARIA MASIGLA a/k/a MARIA
SHIELA BUSLON, P.T., MSB PHYSICAL THERAPY
P.C., MAIGA PRODUCTS CORPORATION, MADISON
PRODUCTS OF USA, INC., QUALITY CUSTOM
MEDICAL SUPPLY, INC., ALLAN L. BUSLON,
QUALITY HEALTH SUPPLY CORP., PERSONAL
HOME CARE PRODUCTS CORP., AB QUALITY
HEALTH SUPPLY CORP., TATIANA M. RYBAK,
and OLEG RYBAK

                        Defendants.
-----------------------------------------------------------X

18-CV-00289(ILG)

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Madison Products of USA, Inc. has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant Madison Products of USA, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

      December 27, 2019

                                        DOUGLAS C. PALMER, Clerk of the Court

                                        By: _____*/s/Jalitza Poveda*_____
                                                      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

                Plaintiffs,

- against –

FRANCOIS JULES PARISIEN, M.D., LUQMAN
DABIRI, M.D., KSENIA PAVLOVA, D.O., NOEL
BLACKMAN, M.D., FRANCES LACINA, D.O.,
ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL
SERVICES P.C., JFL MEDICAL CARE P.C., JPF
MEDICAL SERVICES, P.C., KP MEDICAL CARE P.C.,
PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES
P.C., DARREN MOLLO, D.C., DARREN MOLLO D.C.,
P.C., ACH CHIROPRACTIC, P.C., ENERGY
CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC
PAIN CARE, PLLC, CHARLES DENG, L.A.C.,
CHARLES DENG ACUPUNCTURE, P.C., DAVID
MARIANO, P.T., MARIA MASIGLA a/k/a MARIA
SHIELA BUSLON, P.T., MSB PHYSICAL THERAPY
P.C., MAIGA PRODUCTS CORPORATION, MADISON
PRODUCTS OF USA, INC., QUALITY CUSTOM
MEDICAL SUPPLY, INC., ALLAN L. BUSLON,
QUALITY HEALTH SUPPLY CORP., PERSONAL
HOME CARE PRODUCTS CORP., AB QUALITY
HEALTH SUPPLY CORP., TATIANA M. RYBAK,
and OLEG RYBAK

                Defendants.
-----------------------------------------------------------X

18-CV-00289(ILG)

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Quality Health Supply Corp. has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendant Quality Health Supply Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

      December 27, 2019

                        DOUGLAS C. PALMER, Clerk of the Court

                        By: _____*/s/Jalitza Poveda*_____
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

                  Plaintiffs,

        -     against  –

FRANCOIS JULES PARISIEN, M.D., LUQMAN DABIRI, M.D., KSENIA PAVLOVA, D.O., NOEL BLACKMAN, M.D., FRANCES LACINA, D.O., ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL SERVICES P.C., JFL MEDICAL CARE P.C., JPF MEDICAL SERVICES, P.C., KP MEDICAL CARE P.C., PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES P.C., DARREN MOLLO, D.C., DARREN MOLLO D.C., P.C., ACH CHIROPRACTIC, P.C., ENERGY CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC PAIN CARE, PLLC, CHARLES DENG, L.A.C., CHARLES DENG ACUPUNCTURE, P.C., DAVID MARIANO, P.T., MARIA MASIGLA a/k/a MARIA SHIELA BUSLON, P.T., MSB PHYSICAL THERAPY P.C., MAIGA PRODUCTS CORPORATION, MADISON PRODUCTS OF USA, INC., QUALITY CUSTOM MEDICAL SUPPLY, INC., ALLAN L. BUSLON, QUALITY HEALTH SUPPLY CORP., PERSONAL HOME CARE PRODUCTS CORP., AB QUALITY HEALTH SUPPLY CORP., TATIANA M. RYBAK, and OLEG RYBAK

                  Defendants.
-----------------------------------------------------------X

18-CV-00289(ILG)

**CERTIFICATE OF DEFAULT**

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Personal Home Care Products Corp. has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendant Personal Home Care Products Corp. is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

      December 27, 2019

                                        DOUGLAS C. PALMER, Clerk of the Court

                                By: _____*/s/Jalitza Poveda*_____
                                                 Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

                Plaintiffs,

       -     against  –

FRANCOIS JULES PARISIEN, M.D., LUQMAN
DABIRI, M.D., KSENIA PAVLOVA, D.O., NOEL
BLACKMAN, M.D., FRANCES LACINA, D.O.,
ALLAY MEDICAL SERVICES, P.C., FJL MEDICAL
SERVICES P.C., JFL MEDICAL CARE P.C., JPF
MEDICAL SERVICES, P.C., KP MEDICAL CARE P.C.,
PFJ MEDICAL CARE P.C., RA MEDICAL SERVICES
P.C., DARREN MOLLO, D.C., DARREN MOLLO D.C.,
P.C., ACH CHIROPRACTIC, P.C., ENERGY
CHIROPRACTIC, P.C., ISLAND LIFE CHIROPRACTIC
PAIN CARE, PLLC, CHARLES DENG, L.A.C.,
CHARLES DENG ACUPUNCTURE, P.C., DAVID
MARIANO, P.T., MARIA MASIGLA a/k/a MARIA
SHIELA BUSLON, P.T., MSB PHYSICAL THERAPY
P.C., MAIGA PRODUCTS CORPORATION, MADISON
PRODUCTS OF USA, INC., QUALITY CUSTOM
MEDICAL SUPPLY, INC., ALLAN L. BUSLON,
QUALITY HEALTH SUPPLY CORP., PERSONAL
HOME CARE PRODUCTS CORP., AB QUALITY
HEALTH SUPPLY CORP., TATIANA M. RYBAK,
and OLEG RYBAK

                Defendants.
------------------------------------------------------------X

18-CV-00289(ILG)

**CERTIFICATE OF DEFAULT**

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant AB Quality Health Supply Corp. has not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendant AB Quality Health Supply Corp. is hereby noted pursuant to Rule 55(a)  of the  Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 27, 2019

                                               DOUGLAS C. PALMER, Clerk of the Court

                                        By: _____*/s/Jalitza Poveda*_____
                                                   Deputy Clerk