*Exhibit C*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, | ) ) ) |
| Plaintiffs, | ) Case No. 1:18-cv-00289 ) ) |
| v. | ) Hon. I. Leo Glasser ) ) Magistrate Judge Steven Tiscione |
| Francois Jules Parisien, M.D. et al., | ) ) |
| Defendants. | ) |

**[PROPOSED] DEFAULT JUDGMENT**

This action having come before the Court on Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company's (collectively, "Plaintiffs") Motion for Default Judgment as to the Second Amended Complaint [Dkt. 181] Against Defendants Maiga Products Corp., Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp.,

**THE COURT HEREBY RULES AS FOLLOWS**:

1.  The Court finds in favor of Plaintiffs and against Maiga Products Corp. as to the First Claim for Relief for Common Law Fraud, the Second Claim for Relief for Aiding and Abetting Fraud, the Third and Fourth Claims for Relief for violations of 18 U.S.C. 1962(c) and (d), the Fifth Claim for Relief for Unjust Enrichment, and that it is jointly and severally liable as to each such claim.

2.  The Court also finds that Plaintiffs are entitled to a judgment declaring that the bills submitted by Maiga Products Corp. that have not been paid to date and through the

pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

   3.  The Court finds in favor of Plaintiffs and against Madison Products of USA, Inc. as to the First Claim for Relief for Common Law Fraud, the Second Claim for Relief for Aiding and Abetting Fraud, the Third and Fourth Claims for Relief for violations of 18 U.S.C. 1962(c) and (d), the Fifth Claim for Relief for Unjust Enrichment, and that it is jointly and severally liable as to each such claim.

   4.  The Court also finds that Plaintiffs are entitled to a judgment declaring that the bills submitted by Madison Products of USA, Inc. that have not been paid to date and through the pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

   5.  The Court finds in favor of Plaintiffs and against Quality Health Supply Corp. as to the First Claim for Relief for Common Law Fraud, the Second Claim for Relief for Aiding and Abetting Fraud, the Third and Fourth Claims for Relief for violations of 18 U.S.C. 1962(c) and (d), the Fifth Claim for Relief for Unjust Enrichment, and that it is jointly and severally liable as to each such claim.

   6.  The Court also finds that Plaintiffs are entitled to a judgment declaring that the bills submitted by Quality Health Supply Corp. that have not been paid to date and through the pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

   7.  The Court finds in favor of Plaintiffs and against Personal Home Care Products Corp. as to the First Claim for Relief for Common Law Fraud, the Second Claim for Relief for Aiding and Abetting Fraud, the Third and Fourth Claims for Relief for violations of 18 U.S.C.

1962(c) and (d), the Fifth Claim for Relief for Unjust Enrichment, and that it is jointly and severally liable as to each such claim.

8. The Court also finds that Plaintiffs are entitled to a judgment declaring that the bills submitted by Personal Home Care Products Corp. that have not been paid to date and through the pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

9. The Court finds in favor of Plaintiffs and against AB Quality Health Supply Corp. as to the First Claim for Relief for Common Law Fraud, the Second Claim for Relief for Aiding and Abetting Fraud, the Third and Fourth Claims for Relief for violations of 18 U.S.C. 1962(c) and (d), the Fifth Claim for Relief for Unjust Enrichment, and that it is jointly and severally liable as to each such claim.

10. The Court also finds that Plaintiffs are entitled to a judgment declaring that the bills submitted by AB Quality Health Supply Corp. that have not been paid to date and through the pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED:**

a. Judgment as to liability only is hereby entered in favor of Plaintiffs and against Maiga Products Corp. as to the First, Second, Third, Fourth, and Fifth Claims for Relief of the Second Amended Complaint.

b. Judgment as to liability only is hereby entered in favor of Plaintiffs and against Madison Products of USA, Inc. as to the First, Second, Third, Fourth, and Fifth Claims for Relief of the Second Amended Complaint.

      c.      Judgment as to liability only is hereby entered in favor of Plaintiffs and against Quality Health Supply Corp. as to the First, Second, Third, Fourth, and Fifth Claims for Relief of the Second Amended Complaint.

      d.      Judgment as to liability only is hereby entered in favor of Plaintiffs and against Personal Home Care Products Corp. as to the First, Second, Third, Fourth, and Fifth Claims for Relief of the Second Amended Complaint.

      e.      Judgment as to liability only is hereby entered in favor of Plaintiffs and against AB Quality Health Supply Corp. as to the First, Second, Third, Fourth, and Fifth Claims for Relief of the Second Amended Complaint.

      f.      Judgment is hereby entered in favor of Plaintiffs and against Maiga Products Corp., Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp. declaring that the bills submitted by Maiga Products Corp., Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp. that have not been paid to date and through the pendency of this litigation for the claims at issue are not entitled to any coverage for No-Fault benefits.

      g.      To the extent the Court finds liable any other defendant named in Plaintiffs' First through Fifth Claims for Relief of the Second Amended Complaint, Maiga Products Corp., Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp. shall be jointly and severally liable to Plaintiffs for any damages entered as to each claim as to which judgment is entered against them.

      h.      The Court reserves ruling as to damages. The damages to be awarded will await further proceedings.

**SO ORDERED**.

_____
Hon. I. Leo Glasser

Dated: _____