Katten
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL  60661-3693
312.902.5200 tel
www.kattenlaw.com

JONATHAN L. MARKS
jonathan.marks@kattenlaw.com
312.902.5337 direct
312.577.1061 fax

April 24, 2020

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
225 Cadman Plaza East
Courtroom N504, Chambers Room N503
Brooklyn, NY 11201

   Re: *State Farm Mut. Auto. Ins. Co., et al. v. Parisien, et al.*, No. 1:18-cv-00289 – Notice of Settlement Discussions

Dear Judge Tiscione:

  Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (together, the "State Farm Entities") respectfully write on behalf of the State Farm Entities and the Professional Defendants,[1] the Rybak Defendants,[2] the DME Defendants,[3] and Buslon and Masigla[4] to notify the court that the parties in the above-referenced action have entered into settlement discussions.  The parties have proposed that, for a period of 30 days, they refrain from engaging in any discovery or motion practice in order to focus on resolving their disputes in good faith.  This 30-day "stand down" will further relieve the Parties from the time, costs, and burden of complying with their respective discovery and motion practice obligations during settlement discussions and preserve the Parties' and the Court's resources.  The parties will promptly notify the Court if the matter is settled, and if it is not by the conclusion of the 30-day period, then they will promptly file a status report.

Respectfully submitted,

*/s/ Jonathan Marks*

Jonathan L. Marks

---

[1] "Professional Defendants" refers to the following defendants: Francois Jules Parisien, M.D, Luqman Dabiri, M.D. Ksenia Pavlova, D.O., Frances Lacina, D.O., Allay Medical Services, P.C., FJL Medical Services, P.C., JFL Medical Care P.C., JPF Medical Services P.C., KP medical Care P.C., PFJ Medical Care P.C., RA Medical Services P.C., Darren Mollo D.C., Darren Mollo D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.A.c., Charles Deng Acupuncture, P.C., David Mariano, P.T. and MSB Physical Therapy P.C..

[2] The "Rybak Defendants" refers to Tatiana M. Rybak and Oleg Rybak.

[3] The "DME Defendants" refers to the following defendants: Maiga Products Corporation, Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., and AB Quality Health Supply Corp..

[4] Buslon refers to Allan L. Buslon and Masigla refers to Maria Masigla a/k/a Maria Shiela Buslon P.T..

AUSTIN CENTURY CITY CHARLOTTE CHICAGO HOUSTON IRVING LOS ANGELES
NEW YORK ORANGE COUNTY SAN FRANCISCO BAY AREA SHANGHAI WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations