## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Case No. 18-cv-00289-ILG-ST |
| | ) |
| Jules Parisien, M.D. *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company ("Plaintiffs") and Defendants Francois Jules Parisien, M.D., Luqman Dabiri, M.D., Ksenia Pavlova, D.O., Frances Lacina, D.O., Allay Medical Services, P.C., FJL Medical Services P.C., JFL Medical Care P.C., JPF Medical Services, P.C., KP Medical Care P.C., PFJ Medical Care P.C., RA Medical Services P.C., Darren Mollo, D.C., Darren Mollo D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic, P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.Ac., Charles Deng Acupuncture, P.C., David Mariano, P.T., MSB Physical Therapy P.C., Tatiana M. Rybak, Oleg Rybak, Maiga Products Corporation, Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., AB Quality Health Supply Corp., Allan L. Buslon, and Maria Masigla a/k/a Maria Shiela Buslon, P.T. ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2), that Plaintiffs' claims against Defendants are voluntarily dismissed with prejudice and without costs.

Nothing in this Stipulation and Order shall be construed to affect Plaintiffs' claims against any other parties to the above-captioned action.

Dated:  September __, 2020

_____
Hon. I. Leo Glasser
United States District Court Judge

Consented to by:

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

By: */s/ Mark Furman*
Mark L. Furman, Esq.
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
mfurman@abramslaw.com

*Attorneys for Defendants Francois Jules Parisien, M.D., Luqman Dabiri, M.D., Ksenia Pavlova, D.O., Frances Lacina, D.O., Allay Medical Services, P.C., FJL Medical Services, P.C., JFL Medical Care P.C., JPF Medical Services P.C., KP Medical Care P.C., PFJ Medical Care P.C., RA Medical Services P.C., Darren Mollo D.C., Darren Mollo D.C., P.C., ACH Chiropractic, P.C., Energy Chiropractic P.C., Island Life Chiropractic Pain Care, PLLC, Charles Deng, L.Ac., Charles Deng Acupuncture, P.C., David Mariano, P.T., and MSB Physical Therapy P.C.*

**SCHWARTZ CONROY & HACK P.C.**

By: */s/ Matthew Conroy*
Matthew J. Conroy, Esq.
666 Old Country Road – 9th Floor
Garden City, NY 11530
mjc@schlawpc.com

*Attorneys for Defendant Oleg Rybak*

**KRAVET & VOGEL, LLP**

By: */s/ Donald Kravet*
Donald J. Kravet, Esq.
555 Fifth Avenue, 14th Fl.
New York, New York 10017
DKravet@kvnylaw.com

*Attorneys for Defendant Tatiana M. Rybak*

**FISHER & FISHER LLC**

By: */s/ Andrew Fisher*
Andrew S. Fisher, Esq.
P.O. Box 61060
New Dorp Station
Staten Island, NY 10306
andrew@asf-lawfirm.com

*Attorneys for Defendants Maiga Products Corporation, Madison Products of USA, Inc., Quality Health Supply Corp., Personal Home Care Products Corp., AB Quality Health Supply Corp., Allan L. Buslon, and Maria Masigla a/k/a Maria Shiela Buslon P.T.*

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Jonathan Marks*
Ross O. Silverman
Jonathan L. Marks
Anne Raven
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061
ross.silverman@katten.com
jonathan.marks@katten.com
anne.raven@katten.com

Christopher T. Cook
575 Madison Avenue
New York, NY 10022-2585
Telephone: 212.940.8800
Facsimile: 212.940.8876
christopher.cook@katten.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*