# KRAVET & VOGEL, LLP
*Attorneys at Law*

September 14, 2020

*VIA* ECF
Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers 921 South
Brooklyn, New York 11201

      Re: *State Farm vs. Jules Francis Parisien., et al*, 18-cv-00289, E.D.N.Y.
        Withdrawal of Defendants' Motions to Dismiss Second Amended
        Complaint (DE216 and DE217)

Dear Judge Glasser:

  We represent defendant Tatiana Rybak in the above referenced matter who previously interposed a motion to dismiss Plaintiff State Farm's Second Amended Complaint (DE216). In accordance with Mr. Kessler's email of September 10, in light of the recent stipulations and order of dismissal (DE255 and DE253), said Motion on behalf of Tatiana Rybak is moot and accordingly is hereby withdrawn on consent.

  We have also been authorized to write to the Court on behalf of Andrew Fisher, Esq. who previously filed a motion to dismiss on behalf of his clients AB Quality Health Supply Corp., Allan L. Buslon, MSB Physical Therapy P.C., Madison Products of USA, Inc., Maiga Products Corporation, Maria Masigla, Personal Home Care Products Corp., and Quality Health Supply Corp. (DE217). In accordance with Mr. Kessler's email of September 10, in light of the recent stipulations and order of dismissal (DE255 and DE253), said Motion (DE217) is moot and accordingly is hereby withdrawn on consent.

        Respectfully,

        KRAVET & VOGEL, LLP

        By: *[signature]*
          Donald J. Kravet

*So Ordered [signature] 9/14/2[0]*

Cc.: All counsel *via* ECF

555 Fifth Avenue • New York, New York 10017 • 212-997-7634 • 212-986-5316 (fax) • www.kvnylaw.com
DKravet@kvnylaw.com