

**525 W. Monroe Street**
**Chicago, IL  60661-3693**
**312.902.5200 tel**
**www.kattenlaw.com**

**JONATHAN L. MARKS**
jonathan.marks@kattenlaw.com
312.902.5337 direct
312.577.1061 fax

April 26, 2021

**VIA ELECTRONIC FILING**
Magistrate Judge Steven L. Tiscione
United States District Court
225 Cadman Plaza East
Courtroom N504, Chambers Room N503
Brooklyn, NY 11201

    **Re: *State Farm v. Parisien, et al.*, No. 1:18-cv-00289-ILG-ST – Settlement Status**

Dear Magistrate Judge Tiscione:

  On March 18, 2021, a settlement conference was held with the Court between Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company and the one remaining defendant, Quality Custom Medical Supply, Inc. (collectively, the "Parties").  The Court ordered that the Parties advise the Court by March 26, 2021 whether they had reached a settlement or if further settlement discussions would be productive.  *See* 3/19/2021 Order (Dkt 273).

  On March 26, 2021, the Parties advised that they had reached a settlement in principle and were in the process of preparing a written settlement agreement.  *See* 3/26/2021 Letter from J. Marks (Dkt. 274).  The Court directed the Parties file a stipulation of settlement and dismissal by today, April 26, 2021.  *See* 4/26/2021 Order.

  The parties have been negotiating final terms of the written settlement agreement and have exchanged draft documents.  They have reached an impasse with respect to one term of the agreement.  The Parties respectfully request that the Court order and schedule a brief settlement conference at which the Parties are required to participate to resolve this one remaining term.  The State Farm Entities are generally available for a conference over the following three weeks.  Quality Custom will advise the Court separately as to its availability.

Respectfully submitted,

*/s/ Jonathan L. Marks*

Jonathan L. Marks