**GTPC** GARY TSIRELMAN P.C.

ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 ● F: (718) 438-8883
nbowers@gtmdjd.com

5/25/2021

BY ECF
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *State Farm v. Parisien, et al.,* **Index No. 1:18-cv-00289-ILG-ST; Request for settlement conference**

Dear Judge Tiscione:

We write on behalf of Defendant Quality Custom Medical Supply, Inc., ("Quality Custom") to request a supplemental settlement conference between Plaintiffs and Quality Custom on June 9, 2021, or June 15, 20201, or any date thereafter convenient to the Court. Plaintiffs consent to and join in this request

The parties have been unable to reach an agreement regarding a single significant term of the settlement agreement they reached in principle prior to March 26, 2021, and request a brief settlement conference with the Court to resolve their impasse. Plaintiffs and Quality Custom have conferred and agree that they are available for a conference on June 9, 2021, or June 15, 2021.

Thank you for your consideration of this letter.

Respectfully,
/s/ _____
Nicholas Bowers, Esq.
*Counsel for Parties Named Herein*
Gary Tsirelman P.C.
129 Livingston, 2nd Floor
Brooklyn NY 11201

Cc:  All Counsel via ECF

-page 1-